IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LAWRENCE DAVID HOFF,<br><br>                 Plaintiff<br>      VS.<br><br>CAROLYN WEAVER, and<br>LEWIS WALKER,<br><br>                 Defendants | NO. 5:10-CV-98 (CAR)<br><br><br><br>PROCEEDINGS UNDER 42 U.S.C. § 1983<br>BEFORE THE U.S. MAGISTRATE JUDGE |

# RECOMMENDATION

On April 26, 2010, the court issued an order providing instructions to the parties in the above-styled action. Tab #7. Therein, *inter alia*, the court reminded plaintiff Lawrence David Hoff of his duty to diligently prosecute his action. He was also advised that failing to do so could lead to dismissal of his pleadings or of the case itself pursuant to Rule 41(b) of the FEDERAL RULES OF CIVIL PROCEDURE.

On July 12, 2010, the defendants filed a motion seeking dismissal. Tab #11. The following day, the court issued an order directing plaintiff Hoff to respond to the defendants' motion on or before August 6, 2010. Tab #13. On July 19, 2010, this order was returned to the court in an envelope marked "Return to Sender - Refused - Unable to Forward." Tab #15. As a result, on July 20, 2010, the court entered yet another order giving the plaintiff fifteen (15) days to show cause as to why his case should not be dismissed. Tab #16. To date, this order has not been returned to the court nor has the plaintiff filed any response thereto. Consequently, in accordance with FEDERAL RULE OF CIVIL PROCEDURE 41(b), **IT IS RECOMMENDED** that the defendants' <u>uncontested</u> motion seeking dismissal be **GRANTED** and that the instant action be **DISMISSED** <u>with</u> <u>prejudice</u>.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this recommendation with the district judge to whom this case is assigned, WITHIN FOURTEEN (14) DAYS after being served with a copy thereof. The Clerk is directed to serve the petitioner at the **<u>LAST ADDRESS</u>** provided by him.

**SO RECOMMENDED**, this 30th day of September, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE