IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| LAWRENCE DAVID HOFF, | : | |
| Plaintiff, | : | Case No.: 5:10-CV-98 (CAR) |
| v. | : | |
| CAROYLYN WEAVER, and LEWIS WALKER, | : | |
| Defendants. | : | |

### *ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION OF DISMISSAL*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 19] to grant Defendants' uncontested Motion to Dismiss [Doc. 11] and dismiss this case. Plaintiff has not filed an objection to the Recommendation. On July 12, 2010, the defendants filed their motion seeking dismissal. The Magistrate Judge issued an order directing the plaintiff to respond on or before August 6, 2010. This order was return marked "Return to Sender - Refused - Unable to Forward," on July 19, 2010. Following that, the Magistrate Judge entered an order on July 20, 2010, giving the plaintiff fifteen days to show cause why the case should not be dismissed. This order has not been returned, nor has the plaintiff responded to it. Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**, and this case is hereby **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED**, this 5th day of November, 2010.

                                                <u>S/ C. Ashley Royal</u>
                                                C. ASHLEY ROYAL, JUDGE
                                                UNITED STATES DISTRICT COURT

bcw